In the Matter of Jennie Perkins Williams, an Alleged Incompetent Person, Appellant. Frederick W. Sandford and Franklin Trust Company,

Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements to the respondents Sandford and Franklin Trust Company, payable out of the estate of the incompetent. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Catherine Krupp, Respondent, v. John D. Lymber, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ.

Henry Meyer, Respondent, v. Lawyers Title Insurance and Trust Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Abraham Moran, Appellant, v. The Nassau Electric Railroad Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.